UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  CV 05-4971 DMG                                      Date   December 16, 2010

Title  Stephen Cole v. Vince Cullen

**DOCKET ENTRY**

**PRESENT:**

       **HON.**    Dolly M. Gee    , **JUDGE**

       Yolanda Skipper                              None
**Deputy Clerk**                                 **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**

    None                                         None

**PROCEEDINGS:**

    IN CHAMBERS:

On September 3, 2009, Respondent filed an Application to Lodge Documents Under Seal pursuant to this Court's Local Rule 79-5. The Court granted Respondent's request on September 4, 2009 and certain enumerated documents were ordered to be lodged under seal. (See Docket No. 63).

Briefing on Petitioner's Motion for Evidentiary Hearing is now complete. The Court notes that both Petitioner and Respondent have referred to the contents of some of the sealed documents in their public filings associated with this motion. Therefore, the Court hereby directs the parties to show cause why the Court should not vacate its September 4, 2009 order and remove the seal placed upon some or all of those documents. The parties are directed to submit simultaneous briefing setting forth their positions on the matter on or before **January 21, 2011.**

    IT IS SO ORDERED.